<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 98-7234**

––––––––––––

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARIO CASTRILLON,

Defendant - Appellant.

––––––––––––

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-89-159-B, CA-97-81-R)

––––––––––––

Submitted: March 30, 1999                    Decided: April 16, 1999

––––––––––––

Before HAMILTON and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

––––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––––

Mario Castrillon, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Castrillon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Castrillon's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See United States v. Castrillon</u>, Nos. CR-89-159-B; CA-97-81-R (W.D. Va. June 26 and Sept. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>